```
                                              FILED
                                            JUL 2 0 2005
1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2                                        RICHARD W. WIEKING
   JAY R. WEILL (CSBN 75434)              CLERK, U.S. DISTRICT COURT
3  Chief, Tax Division                  NORTHERN DISTRICT OF CALIFORNIA

4  EMILY J. KINGSTON (CSBN 184752)
   Assistant United States Attorney
5
    10th Floor Federal Building
6   450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
7   Telephone:  (415) 436-7000
    Facsimile:  (415) 436-6748
8   Email: emily.kingston@usdoj.gov

9  Attorneys for the United States of America
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| WSB WALNUT ASSOCIATES, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | Case No. 04-0898 MHP |
| UNITED STATES OF AMERICA, <br><br> Counterclaimant, <br><br> v. <br><br> WSB WALNUT ASSOCIATES, LLC, et al., <br><br> Counterclaim Defendants. | PARTIES' STIPULATED REQUEST TO CONTINUE DISCOVERY AND MOTION HEARING DATE AND [Proposed] ORDER THEREON |

IT IS HEREBY STIPULATED AND AGREED AND RESPECTFULLY REQUESTED by and between the parties to this action, as reflected by the signatures of their respective counsel as set forth below, that the discovery deadline and motion hearing date currently set for July 7, 2005, and September 12, 2005, at 2:00 p.m., respectively, be continued to

September 16, 2005, and November 7, 2005, at 2:00 p.m. respectively. The grounds for this stipulated request are:

    1.     The parties have engaged in good faith in the discovery process to request and respond to discovery and to schedule depositions. The plaintiffs have requested that the United States produce certain documents maintained by the Internal Revenue Service that are relevant to this case. The United States has to date produce almost 2000 pages of documents responsive to the plaintiffs' discovery requests. However, as the parties previously advised the Court, one remaining IRS file that would be responsive to the plaintiffs' discovery request appears to have been sent to the IRS archives, but the IRS has still been unable to locate this file. The IRS and counsel for the government have made and are continuing to make diligent efforts to locate this file and have every intention of producing it once and if it is retrieved. It is necessary for the plaintiffs to receive this file, if it is possible to retrieve, prior to conducting the depositions of two IRS employees. While the parties have scheduled and rescheduled these depositions, they have not yet occurred in light of the fact that not all the files have been located and produced.

    2.     In addition, the United States intends to take the deposition of plaintiff, Carol West. However, because she is currently living in France, it has remained difficult to coordinate the taking of her deposition. The parties are working cooperatively to determine the date for and necessary logistics of the anticipated deposition of Ms. West.

    Continuing the discovery deadline and motion hearing date is not requested for the purposes of delay. Rather, the continuance of these dates will allow the parties sufficient time in which to effectively conclude the discovery process and to thereafter present sufficient evidence to the Court for resolution of this issues in this case. This is the second request to continue these dates.

Accordingly, the parties respectfully request that the Court continue the discovery deadline and motion hearing date to September 16, 2005, and November 7, 2005, at 2:00 p.m. respectively.

Respectfully submitted,

CRAIGIE, McCARTHY & CLOW

Dated: *July 11, 2005*

*/s/ Kristen E. Drake*
Kristen E. Drake
Attorneys for Plaintiffs
WSB Walnut Associates, LLC,
Joseph Brady and Carol West

KEVIN V. RYAN
United States Attorney

Dated: *July 12, 2005*

By: */s/ Emily J. Kingston*
EMILY J. KINGSTON
Assistant United States Attorney
Attorneys for the United States of America

## ORDER

Pursuant to the Stipulation of the parties as set forth above, and for good cause shown,

**IT IS HEREBY ORDERED** that the discovery deadline is continued from July 7, 2005, to September 16, 2005.

**IT IS FURTHER HEREBY ORDERED** that the motion hearing date currently scheduled for September 12, 2005, at 2:00 p.m. is continued to November 7, 2005, at 2:00 p.m.

Dated: 7-20-04

THE HONORABLE MARILYN HALL PATEL
United States District Judge