FILED

OCT 2 4 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  James M. Hanavan, State Bar No. 66097
   Kristen E. Drake, State Bar No. 202827
2  CRAIGIE, McCARTHY & CLOW
   540 Pacific Avenue
3  San Francisco, CA 94133
   Telephone: (415) 732-7788
4  Facsimile: (415) 732-7783

5

6  Attorneys for Plaintiffs
   WSB Walnut Associates, LLC,
   Joseph Brady and Carol West
7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10  SAN FRANCISCO DIVISION

11

12  WSB Walnut Associates, LLC, Joseph Brady and Carol West,

                      Plaintiffs,

14           vs.

15  United States of America and the Internal Revenue Service,

                      Defendants.

Case No.: C 04-0898 MHP

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE REQUEST FOR A CONTINUANCE OF THE DISCOVERY AND MOTION HEARING DATES

18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

[Proposed] Order Granting Plaintiffs' Administrative Request for a Continuance of the Discovery and Motion Hearing Dates

## Order

For good cause shown,

**IT IS HEREBY ORDERED** that the discovery deadline is continued from September 16, 2005 to November 15, 2005.

**IT IS FURTHER HEREBY ORDERED** that the motion hearing date currently scheduled for November 7, 2005 at 2:00 p.m. is continued to January 23, 2006 at 2:00 p.m.

Dated: Oct 24, 2005

The Honorable Marilyn Hall Patel
United States District Court Judge

2

[Proposed] Order Granting Plaintiffs'
Administrative Request for a Continuance of the
Discovery and Motion Hearing Dates