1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   JAY R. WEILL (CSBN 75434)
3  Chief, Tax Division

4  CYNTHIA STIER (DCBN 423256)
   Assistant United States Attorney
5
   10th Floor Federal Building
6  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
7  Telephone:   (415) 436-7000
   Facsimile:   (415) 436-6748
8  Email: cynthia.stier@usdoj.gov

9  Attorneys for the United States of America

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                        SAN FRANCISCO DIVISION

| | |
|---|---|
| WSB WALNUT ASSOCIATES, LLC, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, et al., ) <br> ) <br> Defendants. ) <br>_____) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Counterclaimant, ) <br> ) <br> v. ) <br> ) <br> WSB WALNUT ASSOCIATES, LLC, et al., ) <br> ) <br> Counterclaim Defendants. ) <br>_____) | Case No. 04-0898 MHP <br><br><br><br><br><br><br><br><br><br><br> PARTIES' STIPULATED REQUEST TO CONTINUE DISCOVERY AND MOTION HEARING DATE AND [Proposed] ORDER THEREON |

   IT IS HEREBY STIPULATED AND AGREED AND RESPECTFULLY

REQUESTED by and between the parties to this action, as reflected by the signatures of their

respective counsel as set forth below, that the discovery deadline and motion hearing date

currently set for November 15, 2005, and January 23, 2006, respectively, be continued to

January 17, 2006, and March 20, 2006.

The grounds for this stipulated request are:

1. The parties have engaged in good faith in the discovery process and Plaintiff has taken two depositions. However, the parties are working cooperatively to determine the date and logistics for taking the deposition of Plaintiff, Carol West, who is currently living in France. The parties believe that Ms. West can be deposed by January 17, 2006.

Continuing the discovery deadline and motion hearing date is not requested for the purposes of delay. Rather, the continuance of these dates will allow the parties sufficient time in which to effectively conclude the discovery process and to thereafter present sufficient evidence to the Court for resolution of this issues in this case.

Accordingly, the parties respectfully request that the Court continue the discovery deadline and motion hearing date to January 17, 2006, and March 20, 2006, at 2:00 p.m. respectively.

Respectfully submitted,

CRAIGIE, McCARTHY & CLOW

Dated: *December 16, 2005*      */s/ Kristen E. Drake*
Kristen E. Drake
Attorneys for Plaintiffs
WSB Walnut Associates, LLC,
Joseph Brady and Carol West

KEVIN V. RYAN
United States Attorney

Dated: *December 16, 2005*   By:   */s/ Cynthia Stier*
CYNTHIA STIER
Assistant United States Attorney
Attorneys for the United States of America

### **ORDER**

Pursuant to the Stipulation of the parties as set forth above, and for good cause shown,

**IT IS HEREBY ORDERED** that the discovery deadline is continued from November 15, 2005, to January 17, 2006.

**IT IS FURTHER HEREBY ORDERED** that the motion hearing date currently scheduled for January 23, 2006, at 2:00 p.m. is continued to March 20, 2006, at 2:00 p.m.

Dated: 12/19/2005

THE HONORABLE MARILYN HALL PATEL
United States District Judge

